IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

MARANDA WEBB and
JEREMY WEBB,

          Plaintiffs,

v.                                              Civil Action No. 2:20-cv-00489
                                                        Judge Goodwin

ETHICON, INC., and
JOHNSON & JOHNSON

          Defendants.

## MEMORANDUM OPINION AND ORDER

On July 17, 2020, plaintiffs directly filed a Short Form Complaint in this court despite Pretrial Order ("PTO") # 304 ordering that "plaintiffs may no longer direct file claims against Ethicon, Inc. or Johnson & Johnson in the Ethicon MDL (as set forth in PTO #118) or in any other pelvic mesh MDL assigned to the court[.]" *See In re: Ethicon, Inc. Pelvic Repair Sys. Prods. Liab. Litig.*, 2:12-md-2327 ("MDL 2327") filed on June 21, 2018 [ECF # 6033].  On June 20, 2018, the Judicial Panel on Multidistrict Litigation entered a Minute Order Suspending Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions. *Id* at ECF # 6031.  Both orders effectively disallow the direct filing or transfer of any new actions in MDL 2327.  If plaintiffs wish to proceed, they must file their action in the appropriate jurisdiction.

The court **ORDERS** that this civil action be **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: July 20, 2020

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE